1170

No. 00–7590. THOMAS v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7591. TUCKER v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7593. PANICHAS v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00–7596. CASTRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7597. CABBERIZA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7598. SHOEMAKE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–7599. RAYMER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7600. SONDS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–7601. ROMO v. OKLAHOMA DEPARTMENT OF CORRECTIONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7602. FLEMMI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–7604. FALK v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 00–7606. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7607. HERD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7609. HOPKINS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.